UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

www.flsb.uscourts.gov

In re:
Vladimir Chao & Maricela Sanchez, Debtors
_________________________________/

Case No. 10-43634-LMI

Chapter 13

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the Notice of Hearing on Debtors' Objection

to the claim of Wells Fargo was sent via regular mail on this 4th day of January 2011 to all parties on the service list.

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
900 W 49th Street, Ste 500
Hialeah, FL 33012
Tel. (305) 687-8008

By:*/s/Robert Sanchez*__________________
Robert Sanchez, Esq., FBN#0442161