UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

www.flsb.uscourts.gov

In re:

Case No: 10-43634-LMI

VLADIMIR CHAO
MARICELA SANCHEZ

Chapter 13

Debtors /

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a true and correct copy of the Motion to Value and Determine Secured Status of Lien on Real Property and Notice of Hearing was sent via certified mail on this 24TH day of January 2011 to all parties on the attached service list.

Respectfully Submitted:

ROBERT SANCHEZ, P.A.
Attorney for Debtor
900 W 49th Street, Ste 500
Hialeah, FL 33012
Tel. (305) 687-8008

By:*/s/Robert Sanchez*
Robert Sanchez, Esq., FBN#0442161

Nancy Herkert, Trustee
ECF Registered User

Wachovia Bank, N.A. / Wells Fargo
301 S Tryon St
Charlotte, NC 28282

Wachovia/ Wells Fargo Bank
c/o John G. Stumpf, CEO
420 Montgomery Street
San Francisco, CA 94104

Ally Financial, Inc., f/k/a GMAC
c/o Michael Carpenter, CEO
200 Renaissance Center
Detroit, MI 48265

Ally Financial, Inc., f/k/a GMAC
c/o Michael Carpenter, CEO
6985 Union Park Center, Suite 435
Midvale, UT 84047

Wells Fargo, N.A.
Corporation Service Company, R.A.
1201 Hays Street
Tallahassee, FL 32301

Ally Bank Corporation, f/k/a GMAC
Corporation Services Company, R.A.
1201 Hays Street
Tallahassee, FL 32301

Submitted By:

/s/ Robert Sanchez
Robert Sanchez, Esq.
Robert Sanchez, P.A.
900 W 49th Street, Ste 500
Hialeah, FL 33012
Tel: (305) 687-8008
Fl Bar No. 0442161